# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 1:09-CR-182** |
| : | |
| **v.** : | **(Judge Conner)** |
| : | |
| **TROY G. BROWN** : | |

## **O R D E R**

AND NOW, this 18th day of August, 2010, upon consideration of defendant's motion for reconsideration of detention order and release on personal recognizance (Doc. 35), it is hereby ORDERED that said motion is GRANTED. Troy G. Brown is hereby released on personal recognizance.

        S/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge