## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL NO. 1:09-CR-182** |
| | **:** | |
| **v.** | **:** | **(Judge Conner)** |
| | **:** | |
| **TROY G. BROWN** | **:** | |

## **O R D E R**

AND NOW, this 20th day of August, 2013, upon consideration of defendant's

motion (Doc. 64) for voluntary dismissal of habeas corpus petition, it is hereby

ORDERED that said motion is GRANTED. The captioned action is hereby

DISMISSED pursuant to FED.R.CIV.P. 41(a)(1).


      S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge